IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                                              CRIMINAL NO. 4:05cr16HTW

DANIEL CANO

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, **DANIEL CANO**, without prejudice.

                                                                DUNN LAMPTON
                                                                United States Attorney

Date: September 30, 2008            s/ *J. Scott Gilbert*
                              By:   J. SCOTT GILBERT
                                    Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 8th day of October, 2008.

                                                                s/ HENRY T. WINGATE
                                                                _____
                                                                UNITED STATES DISTRICT JUDGE